IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

DARRELL GRAYSON, )
 )
Plaintiff, )
 )
v. ) Case No. 2:06cv1032-MEF
 )
RICHARD F. ALLEN, Commissioner )
Alabama Department of Corrections, )
 )
GRANTT CULLIVER, Warden, )
Holman Correctional Facility, and )
 )
OTHER UNKNOWN EMPLOYEES )
AND AGENTS, )
Alabama Department of Corrections, )
 )
Individually, and in their )
official capacities )
 )
Defendants. )
 )

RECEIVED 2006 NOV 17 P 3:54 DEBRA P. HACKETT, CLK U.S. DISTRICT COURT MIDDLE DISTRICT ALA

## PETITION OF STEPHEN B. BRIGHT TO APPEAR *PRO HAC VICE*

STEPHEN B. BRIGHT petitions this Court for permission to appear *Pro Hac Vice* as counsel for the Petitioner in the above-entitled action, pursuant to Local Rule 83.1(b).

As grounds for this petition, the undersigned STEPHEN B. BRIGHT states the following under penalty of perjury:

1.   I am currently licensed to practice law in the State of Georgia and the District of Columbia (inactive).

2.   I am in good standing with the Bar of the State of Georgia and the

Bar of the District of Columbia, and have never been disciplined in any jurisdiction.

3. I am a member in good standing of the United States District Courts for the Eastern District of Kentucky, the Middle District of Florida, the Middle and Northern Districts of Georgia, the District of Columbia, and the United States Courts of Appeals for the District of Columbia Circuit, Fourth, Fifth, and Eleventh Circuits, and the United States Supreme Court.

4. A certificate of good standing from the United States District Court for the Northern District of Georgia is attached hereto.

5. A check for the appropriate fee of $20 has been delivered to the Clerk of Court, along with a copy of this Petition.

WHEREFORE the undersigned respectfully requests that this Court permit him to appear *pro hac vice* in this action.

A proposed order accompanies this request.

Respectfully submitted this 16th day of November, 2006.

STEPHEN B. BRIGHT
Ga. Bar No.: 082075
Law Offices
83 Poplar Street
Atlanta, GA 30303
404-688-1202

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Petition was served on below-named Defendants via first class mail on this __17__ day of November, 2006:

Richard Allen
Commissioner
Alabama Department of Corrections
301 S. Ripley St.
P.O. Box 301501
Montgomery, AL 36130-1501

Grantt Culliver
Warden
Holman Prison
Holman 3700
Atmore, AL 36503-3700

_/s/ Melanie V._____



## CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**      }
                                          } ss.
**NORTHERN DISTRICT OF GEORGIA**      }

      I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia,

      **DO HEREBY CERTIFY** that **STEPHEN BROOKS BRIGHT , State Bar No. 82075,** was duly admitted to practice in said Court on January 30, 1984, and is in good standing as a member of the bar of said Court.

      Dated at Atlanta, Georgia, this 16th day of November, 2006.

                                        JAMES N. HATTEN
                                        CLERK OF COURT



                        By: _/s/ Jamee Holland_____
                             Jamee Holland
                             Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | |
|---|---|
| DARRELL GRAYSON,<br><br>    Petitioner,<br><br>    v.<br><br>RICHARD F. ALLEN, Commissioner<br>Alabama Department of Corrections,<br><br>GRANTT CULLIVER, Warden,<br>Holman Correctional Facility, and<br><br>OTHER UNKNOWN EMPLOYEES<br>AND AGENTS,<br>Alabama Department of Corrections,<br><br>Individually, and in their<br>official capacities<br><br>    Defendants. | No. _____ |

## ORDER

Upon consideration of the Petition of Stephen B. Bright to Appear *Pro Hac Vice*, submitted on behalf of Petitioner in the above-styled action, it is hereby ORDERED that the petition is GRANTED.

DONE, this \_\_\_ day of _____, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE