**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                              TELEPHONE (334) 954-3600

November 28, 2006

# NOTICE OF REASSIGNMENT

Re:   Darrell Grayson v. Richard Allen, et al.
      Civil Action No. #2:06-cv-01032-MEF

The above-styled case has been reassigned to Judge W. Keith Watkins.

Please note that the case number is now #2:06-cv-01032-WKW.  This new case number should be used on all future correspondence and pleadings in this action.