IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL GRAYSON, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:06-cv-1032-WKW |
| ) | |
| RICHARD ALLEN, *et al.,* ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

Upon consideration of the Motions for Stephen B. Bright to Appear Pro Hac Vice (Doc. #2) filed on November 17, 2006, it is hereby

ORDERED that the motion be GRANTED.

DONE this 30th day of November, 2006.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE