IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| DARRELL GRAYSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| RICHARD ALLEN, Commissioner, | * | |
| Alabama Department of Corrections, | * | |
| | * | |
| GRANTT CULLIVER, Warden, | * | Case No. 2:06-cv-01032-WKW |
| Holman Correctional Facility, and | * | |
| | * | |
| OTHER UNKNOWN EMPLOYEES | * | |
| AND AGENTS, | * | |
| Alabama Department of Corrections, | * | |
| | * | |
| Individually, and in their | * | |
| official capacities. | * | |
| | * | |
| Defendants. | * | |

### PLAINTIFF'S MOTION REQUESTING EXTENSION OF TIME TO COMPLY WITH RULE 26(f)

Plaintiff's counsel move this Court for a brief extension of time until Wednesday, March 7, 2007, to confer with defendants' counsel and file a discovery plan in this action. This request is made due to a medical emergency.

In support of this Motion, plaintiff states as follows:

1. On January 24, 2007, this Court entered an order directing the parties to confer and submit a discovery plan in this action (the "Order"), no later than February 14, 2007. [DOC #9]

2. Plaintiffs' lead counsel, Stephen B. Bright, had indicated to opposing counsel his availability for such a conference for the week of February 5. However, he has been incapacitated due to a medical emergency. He was admitted to Piedmont Hospital in Atlanta, Georgia on January 30, 2007, and underwent surgery on February 1. During the surgery a defibrillator was implanted to monitor and regulate heart function. There is some period of recovery from the surgery. As a result, counsel will not return to his office until February 12 at the earliest – only two days before the date set by the Court.

3. Counsel seeks only a brief period of time to recover and submits that the time requested is reasonable under the circumstances.

WHEREFORE, for the foregoing and such other reasons as may appear to the Court, plaintiff requests an extension of the time within which to confer with opposing counsel and submit a discovery plan.

Respectfully submitted,

RICHARD S. JAFFE
Alabama Bar No. ASB4644F68R
Jaffe, Strickland & Drennan, P.C.
2320 Arlington Avenue
Birmingham, AL 35205
T: 205/ 930-9800
F: 205/ 930-9809
richard@rjaffelaw.com

STEPHEN B. BRIGHT
GA Bar No. 082075
83 Poplar Street, N.W.
Atlanta, GA 30303
T: 404/ 688-1202
F: 404/ 688-9440
sbright@schr.org

*Attorneys for Plaintiff*
  *Darrell Grayson*


By /s Stephen B. Bright

3

## CERTIFICATE OF SERVICE

    I certify that on February 6, 2006, I caused this motion requesting an extension of time to be served by e-mail notification to:

    Clay Crenshaw
    Office of the Attorney General
    Alabama State House
    11 South Union Street
    Montgomery, Alabama 36130
    e-mail: ccrenshaw@ago.state.al.us

    James William Davis
    Office of the Attorney General
    Alabama State House
    11 South Union Street
    Montgomery, Alabama 36130
    e-mail: jmdavis@ago.state.al.us

                                             *s/ Stephen B. Bright*

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DARRELL GRAYSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| RICHARD ALLEN, Commissioner, | * | |
| Alabama Department of Corrections, | * | |
| | * | |
| GRANTT CULLIVER, Warden, | * | Case No. 2:06-CV-01032-WKW |
| Holman Correctional Facility, and | * | |
| | * | |
| OTHER UNKNOWN EMPLOYEES | * | |
| AND AGENTS, | * | |
| Alabama Department of Corrections, | * | |
| | * | |
| Individually, and in their | * | |
| official capacities. | * | |
| | * | |
| Defendants. | * | |

### ORDER GRANTING PLAINTIFF'S REQUEST FOR EXTENSION OF TIME TO COMPLY WITH RULE 26(f)

This Court has reviewed the *Plaintiff's Motion Requesting Extension of Time to Comply with Rule 26(f)*, and in light of the circumstances set forth in Plaintiff's motion, this Court hereby grants an extension of time for the parties to confer and to develop a proposed discovery plan.

Accordingly, it is hereby ORDERED that the parties shall file the Rule 26(f) report containing the discovery plan as soon as practicable but not later than March 7, 2007.

DONE this __ day of February, 2007.

_____

UNITED STATES DISTRICT JUDGE