IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL GRAYSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CASE NO. 2:06-cv-1032-WKW |
| RICHARD ALLEN, *et al.,* | ) ) ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of Plaintiff's Motion Requesting Extension of Time to Comply with Rule 26(f) (Doc. # 10), it is ORDERED that the motion is GRANTED. The deadline for filing the Rule 26(f) report is continued from February 14, 2007, to **March 7, 2007.**

DONE this 7th day of February, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE