IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL GRAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )    CASE NO. 2:06-cv-1032-WKW |
| | ) |
| RICHARD ALLEN, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the defendants' Motion for Judgment on the Pleadings and Alternative Motion for Summary Judgment Regarding Statute of Limitations (Doc. # 14), it is ORDERED that the plaintiffs shall file a response **on or before April 5, 2007.** The defendants may file a reply **on or before April 12, 2007.**

Done this the 15th day of March, 2007.

　　　　　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE