IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL GRAYSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD ALLEN, *et al.,* )<br>)<br>Defendants. ) | CASE NO. 2:06-cv-1032-WKW |

## **ORDER**

With respect to the pending dispositive motion, the parties are DIRECTED to submit or mail a paper courtesy copy of briefs and supporting evidence to the Chambers of the undersigned. For those submissions that exceed 25 pages, the paper courtesy copy shall be **bound in a three-ring binder and tabbed.**

DONE this 12th day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE