```
          IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION
```

| | |
|---|---|
| DARRELL GRAYSON, | * |
| | * |
|     Plaintiff, | * |
| | * |
|        v. | * |
| | * |
| RICHARD ALLEN, Commissioner, | * |
| Alabama Department of Corrections, | * |
| | * |
| GRANTT CULLIVER, Warden, | *   Case No. 2:06-CV-01032- |
| Holman Correctional Facility, and | *   WKW |
| | * |
| OTHER UNKNOWN EMPLOYEES | * |
| AND AGENTS, | * |
| Alabama Department of Corrections, | * |
| | * |
| Individually, and in their | * |
| official capacities. | * |
| | * |
|     Defendants. | * |

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

    1.  I hereby enter my appearance in the above-captioned matter as co-counsel for plaintiff, Darrell Grayson.

    2.  I certify that I was admitted to practice in the United States District Court for the Middle District of Alabama on April 7, 2007.

Date: April 13, 2007

                                  /s/ William R. Montross, Jr.
                                  William R. Montross, Jr., #MON-064
                                  Southern Center for Human Rights
                                  83 Poplar Street, N.W.
                                  Atlanta, GA 30303
                                  T: 404-688-1202
                                  F: 404-688-9440
                                  wmontross@schr.org

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Notice of Appearance was filed on April 13, 2007, by using the CM/ECF system, which automatically provides notice to the following parties:

        Troy King
        Attorney General
        Office of the Attorney General
        11 South Union Street
        Montgomery, AL 36130

        J. Clayton Crenshaw
        Assistant Attorney General
        Office of the Attorney General
        11 South Union Street
        Montgomery, AL 36130

        James W. Davis
        Assistant Attorney General
        Office of the Attorney General
        11 South Union Street
        Montgomery, AL 36130

                                    /s/ William R. Montross, Jr.
                                  _____
                                  William R. Montross, Jr.