**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK  TELEPHONE (334) 954-3600

April 16, 2007

# NOTICE OF CORRECTION

**From:**              **Clerk's Office**

**Case Style:**        **Darrell Grayson v. Richard Allen, et al.**

**Case Number:**       **#2:06-cv-01032-WKW**

**Referenced Document:** **Document #19**
                         **Notice of Appearance**

**This notice has been docketed to enter the certificate of service to the referenced document into the record. The original pdf did not contain a certificate of service. The corrected pdf is attached to this notice.**

```
         IN THE UNITED STATES DISTRICT COURT
          FOR THE MIDDLE DISTRICT OF ALABAMA
                  NORTHERN DIVISION
```

| | |
|---|---|
| DARRELL GRAYSON, | * |
| | * |
|     Plaintiff, | * |
| | * |
|        v. | * |
| | * |
| RICHARD ALLEN, Commissioner, | * |
| Alabama Department of Corrections, | * |
| | * |
| GRANTT CULLIVER, Warden, | *    Case No. 2:06-CV-01032- |
| Holman Correctional Facility, and | *    WKW |
| | * |
| OTHER UNKNOWN EMPLOYEES | * |
| AND AGENTS, | * |
| Alabama Department of Corrections, | * |
| | * |
| Individually, and in their | * |
| official capacities. | * |
| | * |
|     Defendants. | * |

**NOTICE OF APPEARANCE**

To the Clerk of this court and all parties of record:

    1.  I hereby enter my appearance in the above-captioned matter as co-counsel for plaintiff, Darrell Grayson.

    2.  I certify that I was admitted to practice in the United States District Court for the Middle District of Alabama on April 7, 2007.

Date: April 13, 2007

                                                     /s/ William R. Montross, Jr.
                                                     William R. Montross, Jr., #MON-064
                                                     Southern Center for Human Rights
                                                     83 Poplar Street, N.W.
                                                     Atlanta, GA 30303
                                                     T: 404-688-1202
                                                     F: 404-688-9440
                                                     wmontross@schr.org

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the foregoing Notice of Appearance was filed on April 13, 2007, by using the CM/ECF system, which automatically provides notice to the following parties:

        Troy King
        Attorney General
        Office of the Attorney General
        11 South Union Street
        Montgomery, AL 36130

        J. Clayton Crenshaw
        Assistant Attorney General
        Office of the Attorney General
        11 South Union Street
        Montgomery, AL 36130

        James W. Davis
        Assistant Attorney General
        Office of the Attorney General
        11 South Union Street
        Montgomery, AL 36130

                                  /s/ William R. Montross, Jr.
                                  _____
                                  William R. Montross, Jr.