IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DARRELL GRAYSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-1032-WKW |
| | ) | |
| RICHARD ALLEN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

### ORDER

Upon consideration of Plaintiff's Motion (Doc. # 21), it is ORDERED that the defendants shall file a response **on or before April 24, 2007.**

It is further ORDERED that, **on or before April 24, 2007**, the defendants shall file legible copies of the exhibits to the March 27, 2007 deposition of Warden Grantt Culliver.

Done this 20thday of April, 2007.

_____/s/   W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE