IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL GRAYSON, | ) |
|     Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-1032-WKW |
| RICHARD ALLEN, *et al.,* | ) |
|     Defendants. | ) |

## **ORDER**

It has been brought to the court's attention that an execution date has been set for the plaintiff. It is ORDERED that **on or before April 24, 2007**, the plaintiff shall notify the court in writing regarding (1) the date of the execution; (2) whether the plaintiff will seek a stay of execution; and (3) the earliest date upon which the motion for such stay can be filed.

It is further ORDERED that a telephone status conference will be held on the record on April 25, 2007, at 4:00 p.m. CDT, to discuss the notice, pending motions, and the scheduling in this case. The defendants shall arrange the conference call.

Done this 20th day of April, 2007.

                                              /s/  W. Keith Watkins
                                             UNITED STATES DISTRICT JUDGE