IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL GRAYSON, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-1032-WKW |
| RICHARD ALLEN, *et al.*, | ) |
| Defendants. | ) |

## **ORDER**

It is ORDERED that the telephone status conference previously set for April 25, 2007, at 4:00 p.m. CDT, will now be held on the record **in person** in Courtroom 2E of the Frank M. Johnson U.S. Courthouse Complex, One Church Street, Montgomery, Alabama.

Done this 20th day of April, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE