## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| DARRELL GRAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:06-cv-01032-WKW |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANT'S MOTION TO SUBMIT ADDITIONAL GROUNDS AND AUTHORITY**

The defendant moves this Court for leave to file additional grounds and authority to support his dispositive motions that are based on the statute of limitations. See Docs. 14, 18. The defendant argued in those motions that the plaintiff's claim is due to be summarily dismissed because it was filed after the expiration of the two-year statute of limitations.

On April 17, 2007, in Jones v. Allen, 2007 WL 1140416, Civil Action No. 2:06cv986-MHT (M.D. Ala.)(Slip Copy), United States District Judge Myron Thompson denied a similar motion requesting summary dismissal based on the statute of limitations. The Jones opinion held, among other things, that a claim such as the present one, "where the plaintiff seeks an injunction pursuant to 42 U.S.C. §

1983 to prevent an unconstitutionally tortious act from occurring in the future," cannot be barred by the statute of limitations.  Id.  In addition, the Jones opinion held that the statute of limitations does not begin running until the plaintiff suffers the "harm" complained of, which does not occur until execution.  Id.  However, the Jones opinion also emphasized that the plaintiff's unreasonable delay in filing a lawsuit could be considered in the context of a laches defense, a defense that takes into account "equitable considerations."  Id. at *8.

Although defendants respectfully disagree with the Jones opinion regarding the statute of limitations, even if the Court was correct in that case, plaintiff Jones' claims, as well as the claims brought in this case, are time-barred by the doctrine of laches.  The answer filed here pleaded the defense of laches along with the statute of limitations.  See Doc. 8 at p. 7 ("Plaintiff's claims are barred by laches and applicable statute of limitations.").  The defenses are similar and defendants respectfully believe they should be considered by the Court at the same time.  Thus, the defendants request leave to submit a motion regarding the defense of laches as

2

additional grounds to summarily dismiss the plaintiff's lawsuit. That motion is being filed simultaneously with this motion for leave.

The defendant continues to believe his dispositive motions regarding the statute of limitations should be granted. And, the <u>Jones</u> opinion has done nothing to diminish that belief. However, in addition to the statute-of-limitations defense, this lawsuit can also be dismissed under the doctrine of laches.

For the foregoing reasons, the defendants respectfully request that the Court grant them leave to file a motion requesting summary dismissal based on the doctrine of laches.

      Respectfully submitted,

      **TROY KING (KIN047)**
      **ATTORNEY GENERAL**
      **BY:**

      **s/ J. Clayton Crenshaw**
      J. Clayton Crenshaw  (CRE007)
      Assistant Attorney General

      **s/ James W. Davis**
      James W. Davis  (DAV103)
      Assistant Attorney General

```
OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 353-8440 Fax
Email: ccrenshaw@ago.state.al.us
       jimdavis@ago.state.al.us
```

**CERTIFICATE OF SERVICE**

This is to certify that on the 24th day of April, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following:

Richard S. Jaffe
Jaffe, Strickland & Drennan, P.C.
2320 Arlington Avenue
Birmingham, AL  35205
Richard@rjaffelaw.com

Stephen B. Bright
83 Poplar Street, N.W.
Atlanta, GA  30303
sbright@schr.org

OF COUNSEL

**S/ J. Clayton Crenshaw**
J. Clayton Crenshaw  (CRE007)
Assistant Attorney General
office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 353-8440 Fax
Email: ccrenshaw@ago.state.al.us

4