IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DARRELL GRAYSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-1032-WKW |
| | ) | |
| RICHARD ALLEN, *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon consideration of the defendants' Motion to Submit Additional Grounds and Authority (Doc. # 26), it is ORDERED that the motion is GRANTED.

Upon consideration of the defendants' Motion for Summary Dismissal Based on the Doctrine of Laches (Doc. # 27), it is ORDERED that the plaintiff shall file a response **on or before May 1, 2007.**

Done this 24thday of April, 2007.

        /s/   W.  Keith  Watkins
UNITED STATES DISTRICT JUDGE