IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DARRELL GRAYSON, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| RICHARD ALLEN, Commissioner, | * | |
| Alabama Department of | * | |
| Corrections, | * | |
| | * | |
| GRANTT CULLIVER, Warden, | * | Case No. 2:06-CV- |
| | * | 01032-WKW |
| Holman Correctional Facility, | * | |
| and | * | |
| | * | |
| OTHER UNKNOWN EMPLOYEES | * | |
| AND AGENTS, | * | |
| Alabama Department of | * | |
| Corrections, | * | |
| | * | |
| Individually, and in their | * | |
| official capacities. | * | |
| | * | |
| Defendants. | * | |

NOTICE OF INTENT TO FILE MOTION FOR STAY OF EXECUTION

PLEASE TAKE NOTICE that, pursuant to this Court's Order dated April 20, 2007 [doc. #23], Plaintiff Darrell Grayson, by and through counsel, states the following:

1. Plaintiff understands that the Alabama Supreme Court issued an Order, dated April 23, 2007, setting July 26, 2007, as the date of execution for Mr. Jones. The days preceding the issuance of this Order was marked by confusion and uncertainty as to whether an execution date

had, in fact, been set, and when that date was. Following the district court's decision in <u>Jones v. Allen</u>, No. 2:06-cv-986-MHT (April 17, 2007), the Associated Press reported: "Jones' execution is not the only one scheduled in Alabama. Darrell Grayson, who is on death row for a Shelby County slaying, has had a June 7 execution set by the state Supreme Court." Phillip Rawls, "Judge refuses to delay May 3 execution in Alabama," April 18, 2007.[1] Upon learning of this article, on April 19, 2007, undersigned counsel immediately attempted to confirm this report, but was told by a clerk of the Alabama Supreme Court that no such execution date has been set. Undersigned counsel then contacted the reporter, Phillip Rawls, who stood by his story, and offered to confirm the information again. Rawls then contacted undersigned counsel approximately ten minutes after the initial phone call, and represented that he had just spoken to Mr. Esdale, chief clerk of the Alabama Supreme Court, who had informed him that Mr. Grayson's execution date has been set by the Alabama Supreme Court, that it was set at a court conference on Wednesday, April 18, 2007, that the date of execution was indeed June 7, 2007, and that an order to that effect would

---

[1] Phillip Rawls, "Judge refuses to delay May 3 execution in Alabama," April 8, 2007, <u>found at</u>, http://www.al.com/newsflash/regional/index.ssf?/base/news-28/1176932341202960.xml&storylist=alabamanews.

be forthcoming by the end of the week. No order was issued by the end of business, Friday, April 20, 2007. On the evening of April 20, 2007, undersigned counsel received a telephone call, from a party who refused to identify him or herself, claiming to have knowledge that the Alabama Supreme Court would issue an order setting Mr. Grayson's date of execution at some point during the week of April 22, 2007. On April 23, 2007, the Supreme Court of Alabama issued an Order setting July 26, 2007, as the date for the execution of Darrell Grayson.

    2. Mr. Grayson will seek a stay of execution from this Court on the grounds that the above-captioned action is currently pending before this Court, challenging Alabama's chosen method of execution by lethal injection violates his right to be free from cruel and unusual punishment pursuant to the Eighth and Fourteenth Amendments to the United States Constitution.

    3. Mr. Grayson intends to file his Motion for Stay of Execution on or before Monday, April 30, 2007.

DATED:  April 24, 2007

        Respectfully submitted,

        /s/ William R. Montross, Jr.
        _____
        Stephen B. Bright, pro hac vice
        William R. Montross, Jr., #MON-064
        Southern Center for Human Rights
        83 Poplar Street, NW
        Atlanta, GA 30303
        sbright@schr.org
        wmontross@schr.org
        Tel: 404-688-1202
        Fax: 404-688-9440

        Richard S. Jaffe
        Jaffe, Strickland & Drennan, P.C.
        2320 Arlington Avenue
        Birmingham, AL 35205
        Tel: 205-930-9800
        Fax: 205-930-9809

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance was filed on April 24, 2007, by using the CM/ECF system, which automatically provides notice to the following parties:

Troy King
Attorney General
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

J. Clayton Crenshaw
Assistant Attorney General
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

James W. Davis
Assistant Attorney General
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

/s/ William R. Montross, Jr.
William R. Montross, Jr.