## IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| DARRELL GRAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:06-cv-1032-WKW-CSC |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' NOTICE OF FILING**

Defendants, through counsel, hereby give notice that the Alabama Supreme Court has set July 26, 2007, as the execution date for Darrell Grayson. That order, which is filed with this notice, was entered on April 23, 2007.

Respectfully submitted,

TROY KING
ATTORNEY GENERAL


/s/ J. Clayton Crenshaw
J. Clayton Crenshaw
Assistant Attorney General

**CERTIFICATE OF SERVICE**

This is to certify that on the 25th day of April, 2007, a copy of the foregoing has been electronically filed with the Clerk of the Court using the CM/ECF system, which will electronically send a copy of the same to the following: **Stephen B. Bright, Richard Stephen Jaffe, and William Robert Montross, Jr.**

                                    /s/ J. Clayton Crenshaw
                                    J. Clayton Crenshaw
                                    Assistant Attorney General

OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7423
(334) 353-3637 Fax
ccrenshaw@ago.state.al.us

2

IN THE SUPREME COURT OF ALABAMA
April 23, 2007

1830756

Ex parte Darrell Grayson.  PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS  (In re: Darrell Grayson v. State of Alabama) (Shelby Circuit Court: CC-81-043; Criminal Appeals: 7 DIV. 3).

ORDER

The State of Alabama having filed a motion to set an execution date, and the same having been submitted and duly considered by the Court, it is considered that the motion to set an execution date is due to be granted.

IT IS NOW ORDERED that Thursday, July 26, 2007, be fixed as the date for the execution of the convict, Darrell B. Grayson, who is now confined in the William C. Holman Unit of the Prison System at Atmore, Alabama.

IT IS, THEREFORE, ORDERED that the Warden of the William C. Holman Unit of the prison system at Atmore in Escambia County, Alabama, execute the order, judgment and sentence of law on Thursday, July 26, 2007, in the William C. Holman Unit of the prison system, by the means provided by law, causing the death of such convict.

IT IS FURTHER ORDERED that the Marshal of this Court shall deliver, within five (5) days from this date, a certified copy of this order to the Warden of the William C. Holman Unit of the prison system at Atmore, in Escambia County, Alabama, and make due return thereon to this Court.

IT IS FURTHER ORDERED that the Clerk of this Court shall transmit forthwith a certified copy of this order to the following:  the Governor of Alabama, the Clerk of the Court of Criminal Appeals, the Attorney General of Alabama, the Commissioner of the Alabama Department of Corrections, the attorney of record for Darrell B. Grayson and the Clerk of the Circuit Court of Shelby County, Alabama by United States mail, postage prepaid.

* * * * * * * * *

I, Robert G. Esdale, Clerk of the Supreme Court of Alabama, do hereby certify the foregoing is a full, true and correct copy of the judgment and order of the Supreme Court of Alabama directing the execution of the death sentence of Darrell B. Grayson as the same appears of record in this Court.

Given under my hand and the seal of this Court on this date, April 23, 2007.



Robert G. Esdale
Clerk
Supreme Court of Alabama