IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 APR 25 P 3: 31

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

|  |  |
|---|---|
| DARRELL GRAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 2:06-cv-1032 |
| | ) WKW |
| RICHARD F. ALLEN, Commissioner | ) |
| Alabama Department of Corrections, | ) |
| | ) |
| GRANTT CULLIVER, Warden, | ) |
| Holman Correctional Facility, and | ) |
| | ) |
| OTHER UNKNOWN EMPLOYEES | ) |
| AND AGENTS, | ) |
| Alabama Department of Corrections, | ) |
| | ) |
| Individually, and in their | ) |
| official capacities | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PETITION OF MELANIE VELEZ TO APPEAR *PRO HAC VICE***

MELANIE VELEZ petitions this Court for permission to appear *Pro Hac Vice* as counsel for the Petitioner in the above-entitled action, pursuant to Local Rule 83.1(b).

As grounds for this petition, the undersigned MELANIE VELEZ states the following under penalty of perjury:

1.    I am currently licensed to practice law in the State of New York and my application for admission to the Bar of the State of Georgia is currently

pending.

 2. I am in good standing with the Bar of the State of New York and the Southern District of New York.

 3. A certificate of good standing from the United States District Court for the Southern District of New York is attached hereto.

 4. A check for the appropriate fee of $20 is being delivered to the Clerk of Court along with a copy of this Petition.

 WHEREFORE the undersigned respectfully requests that this Court permit her to appear *pro hac vice* in this action.

 A proposed order accompanies this request.

Respectfully submitted this 25 day of April 2007.

MELANIE VELEZ
(SDNY-2267)
Southern Center for Human Rights
83 Poplar Street, N.W.
Atlanta, GA 30303
T: 404-688-1202
F: 404-688-9440
mvelez@schr.org

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing *Petition for Admission Pro Hac Vice* was sent to the following individuals via first class U.S. mail:

Troy King
Attorney General
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

J. Clayton Crenshaw
Assistant Attorney General
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

James W. Davis
Assistant Attorney General
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

Melanie Velez

SDNY (11/99) Certificate of Good Standing

# United States District Court
## Southern District of New York

# Certificate of
# Good Standing

I, _____ J. Michael McMahon _____, Clerk of this Court, certify that

_____ MELANIE   VELEZ _____, Bar # _____ MV2267 _____

was duly admitted to practice in this Court on

_____ AUGUST  24th,  2004 _____, and is in good standing

as a member of the Bar of this Court.

Dated at _____ 500 Pearl Street
New York, New York _____    on _____ APRIL  24th,  2007 _____

**J. MICHAEL McMAHON**
_____
Clerk

by: _____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

DARRELL GRAYSON,                          )
                                          )
        Petitioner,                       )
                                          )
        v.                                )        No. 2:-06-cv-1032-
                                          )        WKW
                                          )
RICHARD F. ALLEN, Commissioner            )
Alabama Department of Corrections,        )
                                          )
GRANTT CULLIVER, Warden,                  )
Holman Correctional Facility, and         )
                                          )
OTHER UNKNOWN EMPLOYEES                    )
AND AGENTS,                               )
Alabama Department of Corrections,        )
                                          )
Individually, and in their                )
official capacities                       )
                                          )
        Defendants.                       )

## ORDER

Upon consideration of the Petition of Melanie Velez to Appear *Pro Hac*

*Vice*, submitted on behalf of Petitioner in the above-styled action, it is hereby

ORDERED that the petition is GRANTED.

DONE, this ___ day of _____ 2007.


_____

UNITED STATES DISTRICT COURT JUDGE