IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL GRAYSON, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:06-cv-1032-WKW |
| RICHARD ALLEN, *et al.,* | ) |
| Defendants. | ) |

## **ORDER**

A status conference was held on April 25, 2007, in which the parties discussed scheduling matters in this case. It is ORDERED that the parties shall file an amended Rule 26(f) report **on or before April 27, 2007**, assuming a proposed trial date of June 26, 2007.

Done this 26th day of April, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE