IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL GRAYSON, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | * |
| | * |
| RICHARD ALLEN, Commissioner, | * |
| Alabama Department of Corrections, | * |
| | * |
| GRANTT CULLIVER, Warden, | *   Case No. 2:06-CV-01032-WKW |
| Holman Correctional Facility, and | * |
| | * |
| OTHER UNKNOWN EMPLOYEES | * |
| AND AGENTS, | * |
| Alabama Department of Corrections, | * |
| | * |
| Individually, and in their | * |
| official capacities. | * |
| | * |
| Defendants. | * |

**Parties' Revised Joint Rule 26(f) Report**

1.　　In response to this Court's Order dated April 26, 2007, [DOC# 35], on Thursday, April 26th and Friday, April 27th, Melanie Velez, for Plaintiff Darrell Grayson, and James Davis, for Defendants Richard Allen and Grantt Culliver conferred in order to present to this Court a revised Rule 26(f) Report. The parties have set the following schedule assuming a proposed trial date of June 26th, 2007.

2.　　**Pre-Discovery Disclosure.**

Pursuant to the parties' first Joint Rule 26(f) Report, the parties exchanged the information required by Federal Rule of Civil Procedure 26(a)(1). In addition, on April 24, 2007, Defendants provided to plaintiff amended Rule 26 disclosures.

3.　　**Discovery Plan.**

**In order to facilitate discovery in this case the parties have agreed to the following:**

(1) As the parties represented during the status conference before this Court on April 25, 2007, Defendants have agreed that discovery provided and allowed in the matter of <u>Jones v. Allen</u>, 06-986-MHT and the consolidated cases of <u>McNair v. Allen</u>, 06-695-WKW, and <u>Callahan v. Allen</u>, 06-919-WKW, will be produced to Plaintiff for purposes of this litigation. On April 25, 2007, Defendants provided an initial production of documents to Plaintiff and the parties have conferred regarding the remaining documents to be produced. Defendants have also provided to Plaintiff copies of their objections to discovery requests made by counsel in <u>Jones</u> and a copy of the privilege log produced in <u>Jones</u>.

(2) Defendants have agreed that photographs taken by Dr. Mark Heath of the execution chamber at Holman Correctional Facility originally for purposes of the <u>Jones</u>, <u>McNair</u> and <u>Callahan</u> matters can be used by the Plaintiff in this case.

**At this time, Plaintiff believes that the following discovery is outstanding:**

(a.) Depositions of certain members of the execution team.

(b.) Deposition of the Registered Nurse who provided instruction to Warden Culliver regarding certain procedures.

(c.) Tour of execution chamber and "control room."

(d.) Discovery regarding the qualifications and credentials of the members of the execution team.

(e.) E-mails exchanged between Dr. Dershwitz and the Alabama Department of Corrections and counsel for the ADOC. (Defendants objected to providing this discovery in the <u>Jones</u> case on the basis of privilege.)

(f.) Discovery regarding redacted portions of the Alabama Execution Protocol.

Defendants reserve their objections to the above discovery.

In order to expedite matters and resolve any disputes regarding the confidentiality of the identity of execution members in a timely fashion, Plaintiff intends to serve deposition notices by or on Wednesday, May 2, 2007. Plaintiff also intends to serve any request for remaining discovery by Friday, May 4, 2007.

**The parties jointly propose the following schedule:**

All fact discovery commenced in time to be completed by May 25, 2007.

All expert discovery commenced in time to be completed by June 8, 2007.

  A maximum of 10 interrogatories by each party.

  A maximum of 10 request for admission by each party.

  A maximum of 7 fact depositions by each party.

  A maximum of 2 expert depositions by each party.

  Plaintiff's reports by retained experts under Rule 26(a)(1) are due by May 30, 2007. Defendants' reports by retained experts under Rule 26(a)(1) are due by June 4, 2007.

  Supplementations under Rule 26(e) are due by May 30, 2007.

**4.  Other Items.**

  Plaintiff and Defendants have agreed to a stipulation regarding the confidentiality of medical information which they will present to this Court.

  Responses to document requests, interrogatories, and admissions are due within 14 days or as otherwise agreed by the parties.  In order to expedite matters, the parties agree to service via e-mail.

  The parties will exchange the final list of witnesses and exhibits by June 15, 2007.

  The parties will exchange their objections to the final list of witnesses and exhibits under Rule 26(a)(3) by June 18, 2007.

  All potentially dispositive motions, if any, should be filed by June 13, 2007.

  The parties will present any stipulations to the court by June 20, 2007.

  Pre-trial briefs, if any, shall be filed by the parties by June 22, 2007.

  ―――Defendants' Objection: Due to the limited time available before the execution date of July 26, 2007, any proposed schedule is, in Defendants' view, unworkable and this matter cannot realistically be litigated to conclusion and appealed before the execution date. Defendants believe that because the matter was filed too late to be litigated without a stay, the case should not be expedited but should instead be dismissed and a request for stay of execution denied.  Defendants therefore respectfully object as set forth in a separate pleading filed this same date.

  Plaintiff's Response to Defendants' Objection:  It is in the best interest of all the parties that this matter be resolved on the merits.  As Plaintiff  indicated before this

Court, on April 25, 2007, Plaintiff believes that the June 26, 2007, trial date is feasible, and Plaintiff has avowed to do everything in his power to reach the merits on that date. Plaintiff has every confidence that Defendants will likewise make every effort to litigate this matter in the time set forth in this Revised Joint Rule 26(f) Report.

Date: April 27, 2007

| | |
|---|---|
| /s/ Melanie Velez <br> /s/ William Montross <br> Stephen B. Bright <br> Ga. Bar No. 082075 <br> William Montross (MON-064) <br> Melanie Velez (SDNY-2267) <br> 83 Poplar Street, N.W. <br> Atlanta, GA 30303 <br> T: 404-688-1202 <br> F: 404-688-9440 <br> sbright@schr.org <br> wmontross@schr.org <br> mvelez@schr.org <br><br> Richard Jaffe <br> Alabama Bar No. ASB4644F68R <br> Jaffe, Strickland & Drennan, P.C. <br> 2320 Arlington Avenue <br> Birmingham, AL 35205 <br> T: 205-930-9800 <br> F: 205-930-9809 <br> richard@rjaffelaw.com <br><br> *Attorneys for Plaintiffs* | /s/ James W. Davis <br> James W. Davis (DAV103) <br> Assistant Attorney General <br> Clayton Crenshaw (CRE007) <br> Assistant Attorney General <br><br> Office of the Attorney General <br> 11 South Union Street <br> Montgomery, AL 36130 <br> T: 334-242-7300 <br> F: 334-353-8440 <br> jimdavis@ago.statel.al.us <br> ccrenshaw@ago.state.al.us <br><br> *Attorneys for Defendants* |