IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| DARRELL GRAYSON | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| RICHARD ALLEN, Commissioner, | * | |
| Alabama Department of Corrections, | * | |
| | * | |
| GRANTT CULLIVER, Warden, | * | Case No. 2:06-CV-01032-WKW |
| Holman Correctional Facility, and | * | |
| | * | |
| OTHER UNKNOWN EMPLOYEES | * | |
| AND AGENTS, | * | |
| Alabama Department of Corrections, | * | |
| | * | |
| Individually, and in their | * | |
| official capacities. | * | |
| | * | |
| Defendants. | * | |

## MOTION TO APPEAR PRO HAC VICE

In accordance with Local Rule 83.1(b) of the Local Rules of the United States District Court for the Middle District of Alabama for Civil and Criminal Cases (effective January 1, 1998), Stephanie Cohen of the law firm White & Case LLP, 1155 Avenue of the Americas, New York, NY 10036 (telephone: 212-819-8200; facsimile: 212-354-8113) respectfully moves for admission *pro hac vice* for purposes of appearing as counsel on behalf of Darrell Grayson herein, in the above-styled case only, and in support thereof states as follows:

1.   The undersigned is admitted to practice before, inter alia, the United States District Court for the Southern District of New York, which is a district in which she regularly practices law. Attached hereto is a certificate of good standing from the Clerk of the United States District Court for the Southern District of New York.

2.  Contemporaneously with the filing of this request, the undersigned has provided the Court with the requisite fee in the total amount of $20.00.

        Respectfully submitted,

        */s/ Stephanie Cohen*
        STEPHANIE COHEN
        Bar Number (SDNY): SM7006
        Counsel for Plaintiff

        White & Case LLP
        1155 Avenue of the Americas
        New York, NY  10036
        (212) 819-8200 (telephone)
        (212) 354-8113 (facsimile)
        stephcohen@whitecase.com

April 26, 2007        Counsel for Plaintiff

# CERTIFICATE OF SERVICE

I, Stephanie Cohen, do hereby certify that on the 27 day of April 2007 a copy of the foregoing was served in physical form by placing the same in a Federal Express mailer addressed as follows:

J. Clayton Crenshaw, Esq.
James W. Davis, Esq.
Assistant Attorneys General
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

STEPHANIE COHEN
Bar Number (SDNY): SM7006
Counsel for Plaintiff

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
stephcohen@whitecase.com

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, ____J. Michael McMahon____, Clerk of this Court, certify that

____STEPHANIE L. COHEN____, Bar # ____SC7006____

was duly admitted to practice in this Court on

____JUNE 17th, 2003____, and is in good standing

as a member of the Bar of this Court.

Dated at   500 Pearl Street
           New York, New York          on   APRIL 26th, 2007

**J. MICHAEL McMAHON**
Clerk                                   by: _____
                                            Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DARRELL GRAYSON,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD ALLEN, Commissioner,<br>Alabama Department of Corrections,<br><br>GRANTT CULLIVER, Warden,<br>Holman Correctional Facility, and<br><br>OTHER UNKNOWN EMPLOYEES<br>AND AGENTS,<br>Alabama Department of Corrections,<br><br>Individually, and in their<br>official capacities.<br><br>    Defendants. | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*  Case No. 2:06-CV-01032-WKW<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

## ORDER GRANTING MOTION TO APPEAR PRO HAC VICE

This cause has come before the Court upon the application of Stephanie Cohen, counsel for Darrell Grayson, for permission to appear and participate *pro hac vice* in the above-styled case. Being fully advised, the Court

ORDERS, ADJUDGES, and DECREES that said motion be, and the same is hereby, GRANTED.

DONE and ORDERED in chambers at the United States District Courthouse, Montgomery, Alabama, this ____ day of _____, 2007.

_____
U.S. DISTRICT JUDGE
MIDDLE DISTRICT OF ALABAMA