IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL GRAYSON<br>   Plaintiff,<br><br>v.<br><br>RICHARD ALLEN, Commissioner,<br>Alabama Department of Corrections,<br><br>GRANTT CULLIVER, Warden,<br>Holman Correctional Facility, and<br><br>OTHER UNKNOWN EMPLOYEES<br>AND AGENTS,<br>Alabama Department of Corrections,<br><br>Individually, and in their official capacities.<br><br>   Defendants. | Case No. 2:06-cv-01032-WKW |

## NOTICE OF APPEARANCE

To the Clerk of this court and all parties of record:

Enter the undersigned's appearance as counsel in this case for Plaintiff Darrell Grayson.

The undersigned herewith submits a motion for admission *pro hac vice*.

Date: April 27, 2007

_____
STEPHANIE COHEN
Bar Number (SDNY): SM7006
Counsel for Plaintiff

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
stephcohen@whitecase.com

# CERTIFICATE OF SERVICE

I, Stephanie Cohen, do hereby certify that on the 27 day of April 2007 a copy of the foregoing was served in physical form by placing the same in a Federal Express mailer addressed as follows:

J. Clayton Crenshaw, Esq.
James W. Davis, Esq.
Assistant Attorneys General
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130

STEPHANIE COHEN
Bar Number (SDNY): SM7006
Counsel for Plaintiff

White & Case LLP
1155 Avenue of the Americas
New York, NY 10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
stephcohen@whitecase.com