IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DARRELL GRAYSON | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-1032-WKW |
| | ) | |
| RICHARD ALLEN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the Motion of Vincent R. FitzPatrick, Jr. to Appear Pro Hac Vice (Doc. #40) filed on April 27, 2007, it is ORDERED that the motion is GRANTED.

DONE this 30th day of April, 2007.

        /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE