IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL GRAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  CASE NO. 2:06-cv-1032-WKW |
| | ) |
| RICHARD ALLEN, *et al.,* | ) |
| | ) |
| Defendants. | ) |

## SCHEDULING ORDER

Please read this order carefully. These deadlines and responsibilities may not be changed without leave of court. All parties are expected to comply with each and every provision of this order in a timely manner, and extensions will be granted only in extraordinary and unforeseeable circumstances. Except as modified herein, the parties are also expected to comply with the Middle District's Local Rules and the Middle District's Guidelines to Civil Discovery Practice, both of which can be found at http://www.almd.uscourts.gov/.

**This is an unusual case, one which will not track this district's "uniform" scheduling order. The defendants' objection to expedited discovery and trial and other pending motions are or will be under advisement; however, until further rulings are made, the court expects the parties to continue to litigate this case with civility and celerity.**

Under Rule 16, Federal Rules of Civil Procedure, as amended, the Court is required to set a schedule for discovery and the filing of motions. Accordingly, it is ORDERED as follows:

**TRIAL DATE.** This cause is set for trial on **June 26, 2007,** in Courtroom 2-E of the Frank M. Johnson U. S. Courthouse Complex, Montgomery, Alabama.

**PRETRIAL CONFERENCE.** A pretrial conference is scheduled for **June 25, 2007, at 9:00 a.m.,** in Courtroom 2-E of the Frank M. Johnson U. S. Courthouse Complex, Montgomery, Alabama. Each party shall submit, for use by the court (the judge, law clerk, and courtroom deputy), three copies of the witness list, exhibit list, and notebook of pre-marked exhibits.

**STATUS CONFERENCE.** A telephone status conference will be held on **June 6, 2007, at 3:00 p.m. CDT.** Counsel for plaintiff shall be responsible for arranging the conference call.

**PRETRIAL BRIEFS.** The parties are not required to file trial briefs, but if they choose to do so, the briefs shall be filed on or before **June 22, 2007.**

**PROPOSED PRETRIAL ORDER.** The parties shall jointly prepare and the plaintiff shall submit the proposed pretrial order on or before **June 20, 2007**. The proposed order shall specify trial counsel, jurisdiction and venue, the pleadings allowed in the case, the contentions of the parties and issues to be tried, and stipulations by and between the parties. The proposed order may be e-mailed to propord_watkins @almd.uscourts.gov .

**PRETRIAL DISCLOSURES.** On or before **June 15, 2007,** the parties shall file their Rule 26(a)(3) witness lists, exhibit lists, and deposition designations. Any objections thereto shall be filed on or before **June 18, 2007.**

**DISPOSITIVE MOTIONS.** Dispositive motions, i.e., motions to dismiss or motions for summary judgment, shall be filed on or before **June 13, 2007.** A brief and all supporting evidence shall be filed with any such motion. In all briefs filed by any party relating to the motion, the discussion of the evidence in the brief must be accompanied by a specific reference, by page and line, to where the evidence can be found in a supporting deposition or document. Failure to make such specific reference will result in the evidence not being considered by the court. Responsive briefs shall be filed on or before **June 20, 2007.**

**DISCOVERY.** All fact discovery shall be commenced in time to be completed on or before **May 25, 2007.** All expert discovery, including the disclosure of the identity of ANY person who may be used at trial to present evidence under Rules 701, 702, 703, or 705 of the Federal Rules of Evidence, shall be commenced in time to be completed on or before **June 8, 2007.** Supplementation of discovery pursuant to Rule 26(e) is due on or before **May 30, 2007.**

**EXPERT REPORTS.** The parties shall provide the reports of retained experts or witnesses whose duties as an employee of the party regularly involved giving expert testimony, required by Rule 26(a)(2) of the Federal Rules of Civil Procedure, as follows:

From the plaintiff(s), on or before **May 30, 2007.**

From the defendant(s), on or before **June 4, 2007.**

The parties shall comply fully with all requirements of Rule 26(a)(2) in regard to disclosure of expert testimony.

**PLANNING REPORT**. Except to the extent of any conflict with the deadlines set out herein, the Discovery Plan contained in the Report of Parties' Planning Meeting (**Doc. # 42)** is adopted and incorporated herein.

DONE this 1st day of May, 2007.

　　　　　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE