# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| DARRELL GRAYSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) No. 2:06-cv-01032-WKW-CSC |
| RICHARD ALLEN, Commissioner, Alabama Department of Corrections, And GRANTT CULLIVER, Warden, Holman Correctional Facility | ) ) ) ) ) |
| Defendants. | ) |

## DEFENDANTS' NOTICE OF FILING

Defendants Richard Allen, Commissioner, and Grantt Culliver, Warden, give notice of filing of the attached State of Alabama's Supplement to Motion to Reset Execution Date. This motion was filed in the Alabama Supreme Court on May 8, 2007.

Respectfully submitted,

**TROY KING (KIN047)
ATTORNEY GENERAL
BY:**

/s/ J. Clayton Crenshaw
J. Clayton Crenshaw (CRE007)
Assistant Attorney General

/s/ James W. Davis
James W. Davis (DAV103)
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on May 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Richard S. Jaffe, Stephen B. Bright, Stephanie L. Cohen, Vincent R. Fitzpatrick, Jr., William Robert Montross, Jr., and Heather K. McDevitt.**

/s/ J. Clayton Crenshaw
J. Clayton Crenshaw
Assistant Attorney General

OF COUNSEL:
Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 353-8440 Fax
Email: ccrenshaw@ago.state.al.us
            jimdavis@ago.state.al.us

2

IN THE SUPREME COURT OF ALABAMA

FILED
MAY - 8 20..

| | |
|---|---|
| EX PARTE DARRELL GRAYSON | ) |
| | ) |
| In re: Darrell Grayson, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) No. 1830756 |
| | ) |
| State of Alabama, | ) |
| | ) |
| Respondent. | ) |

**STATE OF ALABAMA'S SUPPLEMENT TO MOTION TO RESET EXECUTION DATE**

The State of Alabama filed on May 7, 2007, a motion to reset Grayson's execution date. The State stands by its motion, but wishes to correct what it now understands was a misperception. Undersigned counsel has just learned that any inference that this Court departed from its established execution-date practice in this case at the request of some or all of the United States District Judges on the Middle District is incorrect. As the State now understands matters, this Court changed course on its own initiative, albeit in an effort to permit federal district judges to hear lethal-injection challenges without requiring stays of execution. For the reasons explained in the State's Motion (see pp. 4-5), whatever the source for the change, the change itself was misguided.

Undersigned counsel wishes to correct the record and regrets his misperception.

        Respectfully submitted,

        TROY KING
        ATTORNEY GENERAL

        J. CLAYTON CRENSHAW
        ASSISTANT ATTORNEY GENERAL

## CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of May, 2007, I did serve a copy of the foregoing on the attorneys for the Petitioner, by placing the same in the United States Mail, first class, postage prepaid and addressed as follows:

Richard S. Jaffe, Esq.
Jaffe, Strickland & Drennan, P.C.
2320 Arlington Avenue
Birmingham, AL 35205

Stephen B. Bright, Esq.
William R. Montross, Jr.
83 Poplar Street, N.W.
Atlanta, GA 30303

/s/ J. Clayton Crenshaw
J. CLAYTON CRENSHAW
ASSISTANT ATTORNEY GENERAL

ADDRESS OF COUNSEL:

Office of the Attorney General
Alabama State House
11 South Union Street
Montgomery, AL 36130
(334) 242-7423 Office
(334) 353-3637 Fax
ccrenshaw@ago.state.al.us