IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL GRAYSON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>RICHARD ALLEN, *et al.,* )<br>)<br>Defendants. ) | CASE NO. 2:06-cv-1032-WKW |

## **ORDER**

Plaintiff's motion to strike, filed under seal (Doc. #21), is DENIED in view of subsequent developments in the case. Because the court will consider matters outside the pleadings, the defendants' motion for judgment on the pleadings (Doc. #14) is DENIED. The court will consider their alternative motion for summary judgment (Doc. #14) on the merits, together with other pending motions. Defendants' response to plaintiff's motion to stay (Doc. #48) is due May 14, 2007, with plaintiff's reply due May 18, 2007. The court intends to rule on pending dispositive motions shortly thereafter.

In the meantime, defendants' motion for stay of discovery (Doc. #55) is DENIED; the alternative motion for protective order and objections to document requests (Doc. #55) is referred to the Magistrate Judge.

DONE this 8th day of May, 2007.

                                        /s/ W. Keith Watkins
                                     UNITED STATES DISTRICT JUDGE