IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DARRELL GRAYSON,                    )
                                   )
            Plaintiff,             )
                                   )
v.                                 )         CASE NO. 2:06-cv-1032-WKW
                                   )
RICHARD ALLEN, *et al.,*           )
                                   )
            Defendants.            )

## <u>ORDER</u>

It is ORDERED that this matter is set for a telephone status conference **at 10:00 a.m. (CDT) on May 14, 2007,** to be arranged by counsel for the plaintiff.  Should either party wish to make an objection to a discovery order at the status conference, the basis for the objection shall be made in writing and filed **no later than 8:30 a.m. (CDT) on May 14, 2007.**

Done this 11th day of May, 2007.

        /s/   W.  Keith Watkins
UNITED STATES DISTRICT JUDGE