IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DARRELL GRAYSON,** | ) |
| | ) |
|    **Plaintiff,** | ) |
| | ) |
|    v. | ) |
| | ) Case No. 2:06-CV-01032-WKW |
| | ) |
| **RICHARD ALLEN, Commissioner,** | ) |
| **And GRANTT CULLIVER, Warden,** | ) |
| | ) |
|    **Defendants.** | ) |

**OBJECTION TO THE PART OF MAGISTRATE JUDGE'S
ORDER ENTERED ON MAY 11, 2007, REQUIRING "LIVE" DEPOSITIONS
OF FIVE WITNESSES INVOLVED IN EXECUTIONS**

The defendants hereby object to parts of the Magistrate Judge's Order, entered on May 11, 2007, including the part requiring "live" depositions of five witnesses who participate in executions or have been involved in the execution process (DOC-1, DOC-2, EMT-1, EMT-2, and RN). This objection is filed pursuant to 28 U.S.C. § 636(b)(1)(A) and Fed. R. Civ. P. 72(a).

1    On Wednesday, May 2, 2007, Grayson served notices of seven "live" or "face-to-face" depositions: MD-1 and Chaplain (the request for these two depositions has been "suspended"); RN, a licensed Registered Nurse who provided certain training to Corrections officials; EMT-1 and EMT-2, licensed EMT-paramedics; and two employees of the Department of Corrections, DOC-1 and DOC-2.

2    After conferring with Grayson's counsel and being unable to resolve the matter by agreement, Defendants filed a Motion for Protective Order which requested, in pertinent part, that Grayson not be allowed to depose RN and that the depositions of

EMT-1, EMT-2, DOC-1, and DOC-2 be conducted by telephone in order to better protect the anonymity of persons who assist with executions.

3       On May 9, 2007, the Magistrate Judge held a telephone hearing and heard arguments from counsel.  Grayson's counsel contended that "live" depositions were necessary to get the "whole truth" from a deponent.  Defendant's counsel contended that the State had a valid state interest in protecting the safety and privacy of execution team members; that telephone depositions would protect that interest; and that Grayson would not be prejudiced and could discover relevant information through a telephone deposition.

4       On May 11, 2007, the Magistrate Judge entered an order (doc. no. 62) that permitted "live" depositions of each requested witness, including the RN, each deposition to be limited to 4 hours.  The Magistrate Judge further ordered Defendants to secure documents from the appropriate licensing boards showing that the licenses are current and that continuing legal education requirements have been met.  Although Defendants are under order to produce these five witnesses (three of whom are not parties or employees of the Defendants) for deposition by May 25, 2007, the Magistrate Judge ordered Defendants to request, <u>obtain and produce</u> this information from third-party agencies prior to the depositions (or a matter of days).

5       Defendants intend to file a brief in support of this objection later today.

**RELIEF REQUESTED**

For the reasons stated in Defendants' Motion for Protective Order and the accompanying brief attached hereto, Defendants request that this Court overrule portions of the Magistrate Judge's Order and to order as follows:

      a.      That Grayson not be allowed to depose RN;

      b.      That the depositions of EMT-1, EMT-2, DOC-1, and DOC-2 be conducted by telephone in order to best protect their identities;

      c.      That the order be clarified by specifying that Grayson's counsel are not permitted to inquire into information that could be used to specifically identify the witnesses, such as their name, date of birth, etc.;

      d.      In regard for the information concerning licenses, information that will be requested from agencies not before the Court and over which Defendants have no control, that Defendants be required only to request the information prior to the depositions, with the understanding that the information will be redacted and produced when it is received.

Defendants submit a brief, attached hereto, in support of their objections.

**TROY KING (KIN047)**
**ATTORNEY GENERAL**
**BY:**

s/ JAMES W. DAVIS
J. Clayton Crenshaw  (CRE007)
James W. Davis  (DAV103)
Assistant Attorney General

OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 353-8440 Fax
Email: jimdavis@ago.state.al.us

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  **Richard S. Jaffe, Stephen B. Bright, Melanie Velez, Stephanie L. Cohen, Vincent R. Fitzpatrick, Jr., William Robert Montross, Jr., and Heather K. McDevitt.**

                                                    s/ JAMES W. DAVIS
                                                   OF COUNSEL