IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DARRELL GRAYSON,                        )
                                        )
            Plaintiff,                  )
                                        )
    v.                                  )          CASE NO. 2:06-cv-1032-WKW
                                        )
RICHARD ALLEN, *et al.,*                )
                                        )
            Defendants.                 )

## ORDER

The court held a status conference in this matter on May 14, 2007, to consider the defendants'
objections (Doc. # 65) to the May 11, 2007 Order (Doc. # 62) of the Magistrate Judge. Specifically,
the defendants object to the deposition of RN and to the live depositions of EMT-1, EMT-2, DOC-1,
and DOC-2 and request other conditions to protect the identities of the execution team. The
defendants further argue that depositions should not be taken in light of the dispositive motions
pending before the court and because the plaintiff is not entitled to a stay now or later. Defense
counsel wished to confer with their clients today and may supplement the previously filed objections.

The plaintiff opposes any further delay. The parties negotiated a discovery schedule
assuming a June 26, 2007 hearing and a July 26, 2007 date of execution. Because the state is
attempting to reschedule the execution for an earlier date, the plaintiff argues that any attempt by the
defendants to petition the Eleventh Circuit Court of Appeals to intervene in the instant discovery
dispute should be done so immediately.

The court granted defense counsel's request for additional time to confer with their clients
about the nature of the objections, but warned against unnecessary delays. The court informed the
parties that its ruling on the dispositive issues raised by the defendants, *i.e.*, statute of limitations and

laches, will be handed down this week.   The court noted that several similar cases are pending in this district and that more are expected to be filed; sooner or later, the issue in this case is going to be tried on its merits.

It is ORDERED that:

1.      Defense counsel shall confer with their clients and may file a supplement to defendants' objections **no later than 4:00 p.m. on May 14, 2007**;

2.      The plaintiff may file (and fax a courtesy copy to chambers of the undersigned) a response to the objections **no later than 8:00 a.m. on May 15, 2007**;

3.      The defendants shall file a response to the plaintiff's Motion to Clarify Record (Doc. # 64) **no later than 8:00 a.m. on May 15, 2007**;

4.      The Magistrate Judge's Order on discovery is in effect; therefore, the parties shall continue to schedule the depositions and proceed as if they will be taken face-to-face pending a ruling on the defendants' objections;

5.      Similarly, the court's scheduling order is in effect, and the parties shall prepare for a June 26, 2007 hearing in this matter pending a ruling on the dispositive motions; and

6.      In accordance with the discussion during the status conference, the due date for the plaintiff's reply brief on the motion to stay is accelerated from May 18, 2007, to **May 16, 2007 at 5:00 p.m.**

DONE this 14th day of May, 2007.

_____ /s/   W.  Keith Watkins _____
UNITED STATES DISTRICT JUDGE