IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DARRELL GRAYSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-cv-1032-WKW |
| | ) | |
| RICHARD ALLEN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Having now the benefit of full briefing on the defendants' dispositive motions and the plaintiff's motion for a stay, and upon due consideration, it is ORDERED that:

1.  The defendants' summary judgment motion regarding the statute of limitations (Doc. # 14) is DENIED;

2.  The defendants' Motion for Summary Dismissal Based on the Doctrine of Laches (Doc. # 27) is GRANTED;

3.  The plaintiff's Motion for Stay of Execution (Doc. # 48) is DENIED;

4.  All remaining motions are DENIED as MOOT;

5.  All remaining dates and deadlines are CANCELLED; and

6.  All discovery in this case is STAYED.

A memorandum opinion with a detailed analysis will be issued on or before Monday, May 21, 2007, at which time a final appealable order also will be entered.

DONE this 17th day of May, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE