# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| DARRELL GRAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) No. 2:06-cv-01032-WKW-CSC |
| RICHARD ALLEN, Commissioner, | ) |
| Alabama Department of Corrections, | ) |
| And GRANTT CULLIVER, Warden, | ) |
| Holman Correctional Facility | ) |
| | ) |
| Defendants. | ) |

## DEFENDANTS' NOTICE OF FILING

Defendants Richard Allen and Grantt Culliver, through counsel, hereby give notice that the Alabama Supreme Court has denied the State of Alabama's Motion to Reset Grayson's Execution Date. The Alabama Supreme Court's order, which is attached as "Exhibit A," was entered on May 17, 2007.

Respectfully submitted,

**TROY KING (KIN047)**
**ATTORNEY GENERAL**
**BY:**

/s/ J. Clayton Crenshaw
J. Clayton Crenshaw (CRE007)
Assistant Attorney General

/s/ James W. Davis
James W. Davis (DAV103)
Assistant Attorney General

**CERTIFICATE OF SERVICE**

I hereby certify that on May 22, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:  **Richard S. Jaffe, Stephen B. Bright, Vincent R. Fitzpatrick, Jr., Heather K. McDevitt, Stephanie Cohen, William Robert Montross, Jr., and Melanie Velez.**

/s/  J. Clayton Crenshaw
J. Clayton Crenshaw
Assistant Attorney General

OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 353-8440 Fax
Email: ccrenshaw@ago.state.al.us
        jimdavis@ago.state.al.us

2

# EXHIBIT A

IN THE SUPREME COURT OF ALABAMA
May 17, 2007

1830756

Ex parte Darrell Grayson.' PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS  (In re: Darrell Grayson v. State of Alabama)  (Shelby Circuit Court: CC-81-043; Criminal Appeals: 7 DIV. 3).

ORDER

The motion to reset execution date having been filed and duly submitted to the Court,

IT IS ORDERED that the motion to reset the execution date is denied.

See, Lyons, Woodall, Stuart, Bolin, Parker, and Murdock, JJ., concur.

Cobb, C.J., and Smith, J., recuse.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.
Witness my hand this 17th day of May, 2007

*Robert G Esdale Sr*
Clerk, Supreme Court of Alabama