UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Case No. 2:06-cv-01032-WKW

RECEIVED

2007 MAY 23  A 10: 16

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| DARRELL GRAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Notice of Appeal |
| | ) |
| RICHARD ALLEN, et al., | ) |
| | ) |
| Defendants. | ) |

Notice is hereby given that DARRELL GRAYSON, plaintiff in the above-named case, hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the judgment entered on the 21st day of May 2007 dismissing this action without prejudice.

Dated: May 22, 2007

/s/ Vincent R. Fitzpatrick, Jr.
VINCENT R. FITZPATRICK, JR.
HEATHER K. MCDEVITT
STEPHANIE COHEN
Bar Numbers (SDNY):
VF2907; HM9973; SM7006

White & Case LLP
1155 Avenue of the Americas
New York, NY  10036
Telephone: (212) 819-8200
Facsimile: (212) 354-8113
vfitzpatrick@whitecase.com
hmcdevitt@whitecase.com
stephcohen@whitecase.com

- and -

WILLIAM ROBERT MONTROSS, JR.
#MON-064
STEPHEN B. BRIGHT
MELANIE VELEZ

Southern Center for Human Rights
83 Poplar Street, N.W.
Atlanta, Georgia 30303
Telephone: (404) 688-1202
Facsimile: (404) 688-9440
wmontross@schr.org
sbright@schr.org
mvelez@schr.org

RICHARD S. JAFFE
Alabama Bar No. ASB4644F68R
Jaffe, Strickland & Drennan, P.C.
2320 Arlington Ave.
Birmingham, Alabama 35205
Telephone: (205) 930-9800
Facsimile: (205) 930-9809
richard@rjaffelaw.com

*Counsel for Plaintiff*