IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL GRAYSON, )<br>  )<br>   Plaintiff, )<br>  )<br> v. )<br>  )<br> RICHARD ALLEN, *et al.,* )<br>  )<br>   Defendants. ) | CASE NO. 2:06-cv-1032-WKW |

## **ORDER**

Upon consideration of the Motion for Certification Pursuant to 28 U.S.C. § 1292(b) (Doc. # 81), it is ORDERED that the plaintiff shall file a response **on or before May 29, 2007.**

DONE this 25th day of May, 2007.

                                      /s/ W. Keith Watkins
                                  UNITED STATES DISTRICT JUDGE