IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 07-12364-P

_____

DARRELL GRAYSON,

                                                                               Plaintiff-Appellant,

versus

RICHARD ALLEN, Commissioner,
Alabama Department of Corrections,
in his individual and official capacities,
GRANTT CULLIVER, Warden,
Holman Correctional Facility, in
his individual and official capacities,

                                                                                Defendants-Appellees.

---------------------------

On Appeal from the United States District Court for the
Middle District of Alabama

---------------------------

O R D E R:

    Appellant's request to expedite briefing in this appeal is GRANTED.

    Appellant's brief and record excerpts will be due on June 4, 2007.

    Appellees' brief will be due on June 18, 2007.

    Appellant's reply brief, if any, will be due on June 25, 2007.

    Appellees are directed to notify the District Court Clerk's Office upon the filing of their brief.

[Stamp: RECEIVED FILED U.S. COURT OF APPEALS ELEVENTH CIRCUIT MAY 24 2007 THOMAS K. KAHN CLERK]

The District Court Clerk's Office should transmit the record on appeal to this Court immediately upon receipt of Appellees' notice.

*Frank M. Hull*
UNITED STATES CIRCUIT JUDGE