IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL GRAYSON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:06-cv-1032-WKW |
| RICHARD ALLEN, *et al.*, | ) ) ) |
| Defendants. | ) |

## **ORDER**

Upon consideration of the Motion for Certification Pursuant to 28 U.S.C. § 1292(b) (Doc. # 81), it is ORDERED that the motion is DENIED. The court's order (Doc. # 76) and final judgment (Doc. # 78), which denied the defendants' motion for summary judgment regarding the statute of limitations, was a final appealable order.

DONE this 30th day of May, 2007.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE