IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 07-12364-P

```
                                    FILED
                              U.S. COURT OF APPEALS
                                ELEVENTH CIRCUIT

                                  JUN 0 6 2007

                                 THOMAS K. KAHN
                                     CLERK
```

DARRELL GRAYSON,

                                 Plaintiff-Appellant,

versus

RICHARD ALLEN, Commissioner,
Alabama Department of Corrections,
in his individual and official capacities,
GRANTT CULLIVER, Warden,
Holman Correctional Facility, in
his individual and official capacities,

                                Defendants-Appellees.

---

On Appeal from the United States District Court for the
Middle District of Alabama

---

O R D E R:

Appellant's motion to file appellant's initial brief under seal is granted in part and denied in part. To the extent the brief contains information protected by the district court's confidentiality order, the appellant may redact that portion from the brief filed as a public record and shall file a separate unredacted brief under seal.

                           /s/Frank M. Hull
                           UNITED STATES CIRCUIT JUDGE