IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DARRELL GRAYSON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 2:06-cv-01032-WKW-CSC |
| | ) |
| RICHARD ALLEN, Commissioner, | ) |
| Alabama Department of Corrections, | ) |
| And GRANTT CULLIVER, Warden, | ) |
| Holman Correctional Facility, | ) |
| | ) |
| Defendants. | ) |

**DEFENDANTS' NOTICE OF FILING BRIEF
IN THE ELEVENTH CIRCUIT**

Pursuant to the Eleventh Circuit's order entered on May 24, 2007, defendants hereby give notice of filing their brief in the Eleventh Circuit on June 18, 2007. That order also states "[t]he District Court Clerk's Office should transmit the record on appeal to [the Eleventh Circuit] immediately upon receipt of Appellees' notice."

    Respectfully submitted,

    **TROY KING (KIN047)**
    **ATTORNEY GENERAL**
    **BY:**

    /s/ J. Clayton Crenshaw
    J. Clayton Crenshaw  (CRE007)
    Assistant Attorney General

    /s/ James W. Davis
    James W. Davis  (DAV103)
    Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: **Richard S. Jaffe, Stephen B. Bright, Vincent R. Fitzpatrick, Jr., Heather K. McDevitt, Stephanie Cohen, William Robert Montross, Jr., and Melanie Velez.**

/s/ J. Clayton Crenshaw
J. Clayton Crenshaw
Assistant Attorney General

OF COUNSEL:

Office of the Attorney General
11 South Union Street
Montgomery, AL 36130
(334) 242-7300
(334) 353-8440 Fax
Email: ccrenshaw@ago.state.al.us
       jimdavis@ago.state.al.us

2