IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
Northern DIVISION

Darrell Grayson,

Plaintiff,

v.   CASE NO. 2:06-cv-01032-WKW-CSC

Richard Allen, et al.,

Defendants,

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW Richard Allen, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

- [x] This party is an individual, or
- [x] This party is a governmental entity, or
- [ ] There are no entities to be reported, or
- [ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Alabama Dept. of Corrections | Commissioner |

6/20/2007
Date

/s/ J. Clayton Crenshaw
(Signature)

J. Clayton Crenshaw
(Counsel's Name)

Richard Allen, Grantt Culliver
Counsel for (print names of all parties)

11 South Union Street
Montgomery, AL 36130
Address, City, State Zip Code

(334) 242-7423
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
__Northern__ DIVISION

## CERTIFICATE OF SERVICE

I, __J. Clayton Crenshaw__, do hereby Certify that a true and correct copy of the foregoing has been furnished by __CM/ECF System__ (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this __20th__ day of __June__ 20__07__, to:

Richard S. Jaffe, Stephen B. Bright, Vincent R. Fitzpatrick, Jr., Heather K. McDevitt,

Stephanie Cohen, William Robert Montross, Jr., and Melanie Velez

6/20/2007   /s/ J. Clayton Crenshaw
Date        Signature