# United States Court of Appeals
## For the Eleventh Circuit

No. 07-12364

District Court Docket No.
06-01032-CV-WKW



FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

Jul 16, 2007

THOMAS K. KAHN
CLERK

DARRELL GRAYSON,

        Plaintiff-Appellant,

versus

RICHARD ALLEN, Commissioner,
Alabama Department of Corrections,
in his individual and official
capacities,
GRANTT CULLIVER, Warden,
Holman Correctional Facility, in
his individual and official
capacities,

        Defendants-Appellees.

---

Appeal from the United States District Court
for the Middle District of Alabama

---

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion included herein by reference, is entered as the judgment of this Court.

Entered: July 16, 2007
For the Court: Thomas K. Kahn, Clerk
By: Pope, Joyce

ISSUED AS MANDATE
AUG 1 4 2007
U.S. COURT OF APPEALS
ATLANTA, GA.

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By: _____
Deputy Clerk
Atlanta, Georgia